361 P.2d 958

STATE of New Mexico ex rel. George H. FRANKLIN, individually, and as Chief of Division of Liquor Control, Bureau of Revenue, State of New Mexico, Relator,

v.

Honorable Samuel Z. MONTOYA, District Judge of the First Judicial District of the State of New Mexico, Respondent.

No. 6961.

Supreme Court of New Mexico.

May 19, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on May 5, 1961, be and the same is hereby discharged.

361 P.2d 958

Dale J. BELLAMAH, Petitioner,

v.

DISTRICT COURT, SECOND JUDICIAL DISTRICT, FOURTH DIVISION, and D. A. Macpherson, Jr., Judge Thereof, Respondent.

No. 6972.

Supreme Court of New Mexico.

June 1, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that the petition for alternative writ of mandamus be and the same is hereby denied, the Court being of the opinion that the trial court correctly construed the opinion and the mandate in said cause.